# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT



## NOTICE OF DOCKETING

### MISC. NO. 115 – IN RE AMAZON

**Date of docketing**: 01/24/2012

A petition for writ of mandamus has been filed.

**Name of petitioner(s)**:  Amazon Services, LLC, Amazon Web Services, LLC and Amazon.com, Inc.

**Name of respondent(s), if known**:  CDW Corporation, Global Session Holdings, SRL, Global Sessions LP, Sabre Holdings Corporation, Sabre Inc., Travelocity.com LP, Travelocity.com, Inc.,, CDW Corporation of Delaware, CDW LLC, Compusa.com Inc., Curcuitcity.com Inc., Orbitz Worldwide, Inc., Orbitz Worldwide, LLC, Orbitz, Inc., Orbitz, LLC, Priceline.com, Inc., Profitcenter Software Inc., Systemax Inc., Tigerdirect, Inc. and Trip Network, Inc. (d/b/a Cheaptickets)

**Related action**:  Eastern District of Texas 10-CV-671

**Critical dates include:**
- Entry of appearance.  See Fed. Cir. R. 47.3.
- Certificate of interest.  See Fed. Cir. R. 47.4.

**Attachments:**
- Official caption to all.

Counsel may download the Rules of Practice and required forms at www.cafc.uscourts.gov or call 202.275.8000 for a printed copy.

Jan Horbaly
Clerk

cc: Eastern District of Texas
   J. David Hadden
   Thomas L. Duston
   John Martin Jackson
   Craig N. Tolliver

Neil J. McNabnay
Mary-Olga Lovett

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Official Caption[1]

Miscellaneous Docket No. 115

IN RE AMAZON.COM INC., AMAZON SERVICES LLC,
and AMAZON WEB SERVICES LLC.,

Petitioners.

On Petition for Writ of Mandamus to the United States District Court for the
Eastern District of Texas in case no. 10-CV-671, Judge Leonard Davis.
Folsom.

Authorized Abbreviated Caption[2]

IN RE AMAZON, MISC. NO. 115

---

[1] Required for use on petitions, formal briefs and appendices, court opinions, and court orders.
FRAP 12(a); 32(a).
[2] Authorized for use only on items not requiring the Official Caption as listed in note 1.